UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAKASH BATTINENI et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, <br> Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 22-1332 (PLF) |

## ORDER

It is hereby ORDERED that pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel shall confer on or before November 10, 2022 and submit a Joint Status Report addressing all topics listed in Local Civil Rule 16.3(c) no later than 14 days following their meeting.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/28/22