UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRAKASH BATTINENI et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 22-1332 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

This matter is before the Court on plaintiff Prakash Battineni's Motion for

Amended Order ("Mot.") [Dkt. No. 36].  On September 30, 2024, the Court granted Mr.

Battineni's motion for summary judgment and remanded his immigration petition to the United

States Citizenship and Immigration Services ("USCIS") "for further administrative proceedings."

See Order [Dkt. No. 33]; Opinion [Dkt. No. 34].[1]  Mr. Battineni alleges in the current motion

that "USCIS has not reopened nor issued a new decision" on his petition and requests an

amended order directing USCIS to conclude its re-adjudication of the petition by a date certain,

February 27, 2025.  Mot. at 1.

In its opposition to the motion, defendants represent that they have "been

diligently working" on re-adjudicating Mr. Battineni's petition.  Declaration of Alissa Emmel

[Dkt. No. 37-1] ¶ 2; see Defendants' Opposition to Plaintiff's Motion for Amended Order

---

[1]      The Court denied the motion for summary judgment as it related to the petition of
Rakesh Battineni.  See Order [Dkt. No. 33].

("Opp.") [Dkt. No. 37] at 2.  Defendants further represent that they intend to take their next

action by February 14, 2025, and issue their final decision by March 17, 2025, assuming they

receive any additional information needed from Mr. Battineni before then.  Opp. at 2.

Given the defendants' representation that they are moving expeditiously to issue a

final decision, the Court concludes that it is not necessary to decide the merits of Mr. Battineni's

motion at this time.  See Telecommunications Rsch. & Action Ctr. v. F.C.C., 750 F.2d 70, 80

(D.C. Cir. 1984).  In light of this conclusion, it is hereby

ORDERED that Mr. Battineni's Motion for Amended Order ("Mot.") [Dkt.

No. 36] is DENIED without prejudice; and it is

FURTHER ORDERED that the parties shall file a joint status report on or before

February 18, 2025.  The joint status report shall indicate whether the re-adjudication of Mr.

Battineni's petition is proceeding in accordance with the representations defendants made in

opposition to the instant motion.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE:  1/16/25